GERI LYNN GREEN, (SBN 127709)
Law Offices of Geri Lynn Green, LC
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
T: (415) 575-3235
F: (415) 648-7648
gerigreen@earthlink.net

Attorney for Plaintiff
EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased, RANDY PIERSON, TANYA PIERSON, LAQUICE PERSON, and ANTOINE PIERSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased, RANDY PIERSON, TANYA PIERSON, LAQUICE PERSON, and ANTOINE PIERSON<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF ALAMEDA, CHARLES C. PLUMMER individually and his official capacity, JOHN HARDISTER individually and his official capacity, K. WHITEHOUSE individually and his or her official capacity, T. DICKINSON individually and his or her official capacity, R. ROMERIL individually and his or her official capacity, M. TOLERO individually and his or her official capacity, DON BUCHANAN individually and his official capacity, J. ARBUCKLE individually and his or her official capacity, and DOES 1 to 50, inclusive,<br><br>      Defendants. | Case No.  C06-0736 1 WDB<br><br>EX PARTE MOTION FOR ADMINISTRATIVE RELIEF FROM DEADLINES; [PROPOSED] ORDER<br><br>_____ |

EX PARTE MOTION FOR ADMINISTRATIVE RELIEF FROM DEADLINE - NO.C06-0736 1 WDB

1

Plaintiffs herein request ex parte for administrative relief pursuant to Northern District of California, Local Rule 7-11. Plaintiff seeks leave to continue Case Management Conference presently set for March 5, 2007 to May 17, 2007.

**Argument**

Plaintiff is requesting more time for reasons set forth in the declaration lodged with the Court for filing under seal. That document and the reasons supporting the request are personal and confidential and have no bearing on the instant matter.

The instant complaint was filed on November 30, 2006. At that time, the court set the various deadlines pursuant to its scheduling order with a Case Management Conference date of March 5, 2007.

The declaration of counsel lays out the reasons for the continuance. It is therefore respectfully requested that the Case Management Conference date of March 5, 2007 be continued to May 17, 2007.

Dated: February 8, 2007    LAW OFFICES OF GERI LYNN GREEN


__/s/_____

Geri Lynn Green (SBN 127709)
Attorneys for Plaintiffs

EX PARTE MOTION FOR ADMINISTRATIVE RELIEF FROM DEADLINE - NO.C06-0736 1 WDB

2

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN PIERSON, et. al. | Case No. C06-0736 1 WDB |
| Plaintiffs, | [~~PROPOSED~~] ORDER FOR ADMINISTRATIVE RELIEF FROM DEADLINES |
| v. | |
| COUNTY OF ALAMEDA, et. al., | _____ |
| Defendants. | |

Upon review of (1) Plaintiff's Motion to File Declaration for Administrative Relief Under Seal, and (2) the Declaration by Geri Lynn Green In Support of Motion for Administrative Relief from Deadlines, GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Case Management Conference be continued from March 5, 2007 to May 17, 2007

2/13/2007

                                             */s/ Wayne D. Brazil*
                                           United States ~~District Court~~/Magistrate Judge

EX PARTE MOTION FOR ADMINISTRATIVE RELIEF FROM DEADLINE - NO.C06-0736 1 WDB

1