```
                    RECEIVED                FILED
                    FEB 12 2007            FEB 1 3 2007
                    RICHARD W. WIEKING     RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA    NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND                OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased, RANDY PIERSON, TANYA PIERSON, LAQUICE PERSON, and ANTOINE PIERSON<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et. al.<br><br>Defendants. | Case No. Case No. C06-07361 WDB<br><br>[~~PROPOSED~~] ORDER TO FILE DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF UNDER SEAL |

Upon review of (1) Plaintiff's Motion to File Declaration for Administrative Relief Under Seal, (2) the Declaration by Geri Lynn Green In Support of Motion for Administrative Relief from Deadlines, (3) and the Motion for Administrative Relief and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Declaration In Support of Motion for Administrative Relief from Deadlines and the sealing request be filed under seal and maintained under seal until further order of this Court.

2/13/07

United States ~~District Court~~/Magistrate Judge

[Proposed] Order to File Declaration ISO Motion for
Administrative Relief Under Seal - C 06-6841 CRB                                              1