1  GERI LYNN GREEN, (SBN 127709)
   Law Offices of Geri Lynn Green, LLC
2  5214-F Diamond Hts. Blvd., #332
   San Francisco, CA 94131-2118
3  T: (415) 575-3235
   F: (415) 648-7648
4  gerigreen@earthlink.net

5

6  Attorney for Plaintiff
   EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal
7  Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased,
   RANDY PIERSON, TANYA PIERSON, LAQUICE PERSON, and ANTOINE PIERSON

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | EVELYN PIERSON individually, ROBERT | Case No. C06-07361 WDB |
   | PIERSON individually and as the Personal |  |
13 | Representatives for JERMAINE PIERSON, deceased, | EX PARTE MOTION FOR |
   | ESTATE OF DARYL PIERSON, deceased, RANDY | ADMINISTRATIVE RELIEF FROM |
14 | PIERSON, TANYA PIERSON, LAQUICE PERSON, | DEADLINES |
   | and ANTOINE PIERSON |  |
15

16         Plaintiff,

17         v.

18
   COUNTY OF ALAMEDA, CHARLES C.
19 PLUMMER individually and his official capacity,
   JOHN HARDISTER individually and his official
20 capacity,  K. WHITEHOUSE individually and his or
   her official capacity, T.  DICKINSON individually and
21 his or her official capacity,  R.  ROMERIL
   individually and his or her official capacity, M.
22 TOLERO individually and his or her official capacity,
   DON BUCHANAN individually and his official
23 capacity,  J.  ARBUCKLE individually and his or her
   official capacity, and DOES 1 to 50, inclusive,
24
           Defendants.
25 _____

26

27

28

**EX PARTE MOTION  FOR ADMINISTRATIVE RELIEF FROM DEADLINES**

Pierson v. County of Alameda, et al                                                    Case No. C06-07361 WDB    1

Plaintiffs herein request Ex Parte for Administrative Relief from Deadlines pursuant to Northern District of California, Local Rule 7-11. Plaintiff seeks leave to continue Case Management Conference presently set for May 17, 2007 to July 10, 2007.

**Argument**

Plaintiffs are requesting more time for reasons set forth in the Declaration lodged with the Court for filing under seal. That document and the reasons supporting the request are personal and confidential and have no bearing on the instant matter.

The instant complaint was filed on November 30, 2006. At that time, the court set the various deadlines pursuant to its scheduling order with a Case Management Conference date of March 5, 2007. On February 8, 2007, the Court granted Plaintiffs' counsel's ex-parte motion for administrative relief from deadlines and set the CMC for May 17, 2007. Plaintiffs' counsel now respectfully asks the Court to continue the CMC from May 17, 2007 to July 10, 2007.

The declaration of counsel lays out the reasons for the continuance. It is therefore respectfully requested that the Case Management Conference date of May 17, 2007 be continued to July 10, 2007.

Dated: April 10, 2007         LAW OFFICES OF GERI LYNN GREEN

_____/s/_____
Geri Lynn Green

1  GERI LYNN GREEN, (SBN 127709)
   Law Offices of Geri Lynn Green, LLC
2  5214-F Diamond Hts. Blvd., #332
   San Francisco, CA 94131-2118
3  T: (415) 575-3235
   F: (415) 648-7648
4  gerigreen@earthlink.net

5

6  Attorney for Plaintiff
   EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal
7  Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased,
   RANDY PIERSON, TANYA PIERSON, LAQUICE PERSON, and ANTOINE PIERSON

8

9              IN THE UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | EVELYN PIERSON individually, ROBERT | Case No. C06-07361 WDB
   | PIERSON individually and as the Personal |
13 | Representatives for JERMAINE PIERSON, deceased, | [PROPOSED] ORDER FOR
   | ESTATE OF DARYL PIERSON, deceased, RANDY | ADMINISTRATIVE RELIEF FROM
14 | PIERSON, TANYA PIERSON, LAQUICE PERSON, | DEADLINES
   | and ANTOINE PIERSON |

15         Plaintiff,

16

17         v.

18
   COUNTY OF ALAMEDA, CHARLES C.
19 PLUMMER individually and his official capacity,
   JOHN HARDISTER individually and his official
20 capacity,  K. WHITEHOUSE individually and his or
   her official capacity, T.  DICKINSON individually and
21 his or her official capacity,  R.  ROMERIL
   individually and his or her official capacity, M.
22 TOLERO individually and his or her official capacity,
   DON BUCHANAN individually and his official
23 capacity,  J.  ARBUCKLE individually and his or her
   official capacity, and DOES 1 to 50, inclusive,
24
         Defendants.
25  _____

26

27

28

**[PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM DEADLINES**
Pierson v. County of Alameda, et al                                         Case No. C06-07361 WDB   1

1
2
3   Upon review of (1) Plaintiff's Ex Parte Motion for Administrative Relief from Deadlines, and
4   (2) the Declaration by Geri Lynn Green In Support of Motion for Administrative Relief from
5   Deadlines, GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Case
6   Management Conference be continued from May 17, 2007, to July 10, 2007.
7
8
9       Dated: April ___, 2007        _____
10                                     United States District Court/Magistrate Judge

**[PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM DEADLINES**
Pierson v. County of Alameda, et al                                      Case No. C06-07361 WDB    1