1  GERI LYNN GREEN, (SBN 127709)
   Law Offices of Geri Lynn Green, LLC
2  5214-F Diamond Hts. Blvd., #332
   San Francisco, CA 94131-2118
3  T: (415) 575-3235
   F: (415) 648-7648
4  gerigreen@earthlink.net

5

6  Attorney for Plaintiff
   EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal
7  Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased,
   RANDY PIERSON, TANYA PIERSON, LAQUICE PIERSON, and ANTOINE PIERSON

8

                   IN THE UNITED STATES DISTRICT COURT
9
                   IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

| 12 | EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased, RANDY PIERSON, TANYA PIERSON, LAQUICE PIERSON, and ANTOINE PIERSON | Case No. C06-07361 WDB |
|---|---|---|
| 13 | | EX PARTE REQUEST THAT DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM DEADLINES BE FILED UNDER SEAL |
| 14 | | |
| 15 | | |
| 16 | Plaintiff, | _____ |
| 17 | v. | |
| 18 | | |
| 19 | COUNTY OF ALAMEDA, CHARLES C. PLUMMER individually and his official capacity, JOHN HARDISTER individually and his official capacity, K. WHITEHOUSE individually and his or her official capacity, T. DICKINSON individually and his or her official capacity, R. ROMERIL individually and his or her official capacity, M. TOLERO individually and his or her official capacity, DON BUCHANAN individually and his official capacity, J. ARBUCKLE individually and his or her official capacity, and DOES 1 to 50, inclusive, | |
| 24 | Defendants. _____ | |

1

2  Plaintiffs hereby move the Court for an Order permitting them to file under seal the

3  Declaration of Geri Lynn Green in Support of the Motion for Administrative Relief to Extend

4  Deadlines as well as this request which has been separately lodged with Court.

5  Ms. Green's Declaration includes Plaintiffs' personal and confidential information, which

6  should be kept confidential.  Defendants have not yet been served and will not be prejudiced by the

7  granting of this request.

8  Accordingly, Plaintiffs respectfully request that the Court issue an Order permitting Geri Lynn

9  Green to file this Declaration under seal until further order of the court.

10

11  Dated: April 10, 2007                    LAW OFFICES OF GERI LYNN GREEN

12                                           /s/ _____

13                                           Geri Lynn Green

GERI LYNN GREEN, (SBN 127709)
Law Offices of Geri Lynn Green, LLC
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
T: (415) 575-3235
F: (415) 648-7648
gerigreen@earthlink.net

Attorney for Plaintiffs
EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased, RANDY PIERSON, TANYA PIERSON, LAQUICE PIERSON, and ANTOINE PIERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN PIERSON individually, ROBERT PIERSON individually and as the Personal Representatives for JERMAINE PIERSON, deceased, ESTATE OF DARYL PIERSON, deceased, RANDY PIERSON, TANYA PIERSON, LAQUICE PIERSON, and ANTOINE PIERSON<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et. al.<br><br>Defendants. | Case No. Case No. C06-07361 WDB<br><br>[PROPOSED] ORDER TO FILE DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF UNDER SEAL |

Upon review of (1) Plaintiff's Ex-Parte Request that Declaration in Support of Motion for Administrative Relief from Deadlines be filed Under Seal, (2) the Declaration of Geri Green In Support of Motion for Administrative Relief from Deadlines, and (3) the Ex-Parte Motion for Administrative Relief From Deadlines, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Declaration In Support of Motion for Administrative Relief from Deadlines and the sealing request be filed under seal and maintained under seal until further order of

///

this Court.

Dated: April ___, 2007      _____
United States District Court/Magistrate Judge