UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVEYLN PIERSON, et al. | No. C 06-7361 WDB |
| Plaintiffs, | ORDER TO PLAINTIFFS' COUNSEL TO SERVE CLIENTS WITH MOTION TO BE RELIEVED AS COUNSEL |
| v. | |
| COUNTY OF ALAMEDA, et al. | |
| Defendants. | |

On April 26, 2007, Plaintiffs' counsel, Geri Lynn Green, filed, under seal and *ex parte*, a Motion to be Relieved as Counsel. There is no evidence in the record that Ms. Green served her clients with this Motion. Accordingly, Ms. Green must **immediately** serve Plaintiffs with the Motion, all supporting papers, and all prior filings by Ms. Green and Orders of this Court that have not yet been served on Plaintiffs. Plaintiffs then have until **Thursday, May 10, 2007,** to file a response to the current Motion.

Even if Plaintiffs fail to file a response to Ms. Green's pending motion, and even if the Court ultimately decides not to relieve Ms. Green as counsel for Plaintiffs, Plaintiffs MUST appear in person before this Court on **Thursday, May 17, 2007, at 4:00 p.m.,** to show cause why Defendants have not yet been served with the Complaint in this case and why the Court should not recommend that the Complaint be dismissed for failure to pursue this litigation responsibly. If Plaintiffs do not appear at the hearing as here ordered on May 17, 2007, the

1

Court will reassign this case to a District Court Judge[1] and recommend that Plaintiffs' Complaint be dismissed, which may mean that Plaintiffs will never be permitted to sue the Defendants on the same claims in the future.

IT IS SO ORDERED.

Dated:    May 1, 2007

*[signature]*
WAYNE D. BRAZIL
United States Magistrate Judge

---

[1] Absent consent of all parties, a Magistrate Judge does not have authority to make case-dispositive rulings. *See, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).