**FILED**

MAY - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

APR 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVELYN PIERSON, et. al.

    Plaintiffs,

v.

COUNTY OF ALAMEDA, et. al.,

    Defendants.

Case No. C06-07361 WDB

[PROPOSED] ORDER TO FILE TO SEAL

Upon review of Plaintiff's Ex Parte Request to have the Motion to Be Relieved as Counsel and the Declaration of Counsel in Support of ex Parte Motion to Be Relieved as Counsel filed Under Seal, GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Ex Parte Request to have the Motion to Be Relieved as Counsel, the Proposed Order and the Declaration of Counsel in Support of ex Parte Motion to Be Relieved as Counsel be filed under seal.

_____
United States District Court/Magistrate Judge

[PROPOSED] ORDER FOR FILING UNDER SEAL- NO.C06-07361 WDB

6