IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVELYN PIERSON, et al.,

        Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

NO. C06-7361 TEH

ORDER DISMISSING CASE

This case was reassigned to this Court following the filing of a report and recommendation under seal by Magistrate Judge Wayne D. Brazil on June 13, 2007. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. The Court has also reviewed the report and recommendation, along with the record in this case, and agrees with Judge Brazil's recommendation. Accordingly, with good cause appearing, this matter is DISMISSED without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 07/23/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT